UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SUSAN GRIFFIS**

       Plaintiff(s),                                 No. C-**12-00780** EDL

       v.                                        **ORDER OF CONDITIONAL DISMISSAL**

**DIVERSIFIED COLLECTION SERVICES, INC.**

       Defendants.
_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before September 4, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: July 23, 2012                                _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge